tiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Mitchell, Messrs. J. Frank Staley, Arthur M. Boal, Frederick R. Conway,* and *Ira S. Lillick* for petitioner. *Messrs. J. M. Mannon, Jr.,* and *Farnum P. Griffith* for respondent.

No. 618. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION *v.* CALIFORNIA WINE ASSOCIATION. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Mitchell, Messrs. J. Frank Staley, Arthur M. Boal, Frederick R. Conway,* and *Ira S. Lillick* for petitioner. *Messrs. J. M. Mannon, Jr.,* and *Farnum P. Griffith* for respondent.

No. 619. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION *v.* S. L. JONES AND COMPANY. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Mitchell, Messrs. J. Frank Staley, Arthur M. Boal, Frederick R. Conway,* and *Ira S. Lillick* for petitioner. *Messrs. J. M. Mannon, Jr.,* and *Farnum P. Griffith* for respondent.

No. 626. UNITED STATES *v.* DAVID R. J. ARNOLD, AS ADMINISTRATOR, ETC. November 23, 1926. Petition for a writ of certiorari to the Court of Claims granted. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. A. W. Gregg* for the United States. *Mr. T. Ludlow Chrystie* for respondent.

No. 627. UNITED STATES *v.* GEORGE P. MILLER ET AL., ETC. November 23, 1926. Petition for a writ of certiorari to the Court of Claims granted. *Solicitor General Mitch-*